UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HATEAID GGMBH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TWITTER INTERNATIONAL UNLIMITED COMPANY (TIUC), <br><br> Defendant. | Case No. 23-mc-80235-HSG <br><br> **ORDER DIRECTING SERVICE** <br><br> Re: Dkt. No. 1 |

HateAid gGmbH, Josephine Ballon, and Avital Grinberg (the "Applicants") filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 authorizing service of subpoenas on X Corp. Dkt. No. 1. Although such applications are often considered on an ex parte basis, the Court finds that the record would benefit from providing X Corp. an opportunity to respond to the application. Accordingly, the Court **DIRECTS** the Applicants to serve a copy of their application and this order on X Corp. by October 30, 2023. Assuming service is made on this schedule, X Corp. shall have until November 13, 2023, to respond to the application. The briefing will be deemed complete upon receipt of X Corp.'s response unless the Court orders otherwise.

**IT IS SO ORDERED.**

Dated: 10/25/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge