J. Jonathan Hawk (SBN 254350)
jhawk@mwe.com
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:     1 310 277 4110
Facsimile:      1 310 277 4730

Attorneys for Respondent X CORP.


Robert S. Green (SBN 136183)
gnecf@classcounsel.com
**GREEN & NOBLIN P.C.**
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA 94939
Telephone:     1 415 477 6700
Facsimile:      1 415 477 6710

Ralph M. Stone (admitted *pro hac vice*)
rs@stonepllc.com
**STONE LAW GROUP PLLC**
620 Fifth Avenue, 2nd Floor
New York, NY 10020
Telephone:     1 212 239 1550

Attorneys for Applicants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re *ex parte* Application of HateAid gGmbH, Josephine Ballon and Avital Grinberg,<br><br>Petitioners,<br><br>To Take Discovery Pursuant to 28 U.S.C. § 1782 in Aid of Foreign Litigants or Proceedings. | CASE NO.  4:23-mc-80235-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR X CORP. TO RESPOND TO APPLICATION TO AND INCLUDING NOVEMBER 27, 2023** |

Pursuant to Civil Local Rules 6-2 and 7-12, Respondent X Corp., on the one hand, and Petitioners HateAid gGmbH, Josephine Ballon, and Avital Grinberg (collectively, "Applicants"), on the other, by and through their respective counsel, submit this stipulation and [proposed] order.

**WHEREAS**, on September 19, 2023, Applicants filed with this Court an *Ex Parte* Application To Take Discovery Pursuant to 28 U.S.C. § 1782 in Aid of Foreign Litigants or Proceedings (the "Application") (ECF 1);

**WHEREAS**, the Application states that Applicants are plaintiffs in civil court proceedings in Berlin, Germany, where the defendant is Twitter International Unlimited Company ("TIUC"), a foreign subsidiary of X Corp.  X Corp. is not a party to that litigation.

**WHEREAS**, the Application seeks an order from this Court that would authorize Applicants to serve a subpoena on X Corp., seeking nine categories of documents and a deposition (ECF 1-2, 1-3);

**WHEREAS**, on October 25, 2023, the Court issued an order requiring Applicants to serve X Corp. with the Application no later than October 30, 2023, and providing X Corp. until and including November 13, 2023, to file a response to the Application;

**WHEREAS**, Applicants served the Application on X Corp. on October 27, 2023;

**WHEREAS**, X Corp. has recently retained its undersigned counsel to represent it in connection with the Application.  Undersigned counsel for X Corp. requires time to analyze the matters raised in the Application, including the relevant issues in the foreign proceeding pending in Berlin, Germany;

**WHEREAS**, to prepare its response, X Corp. has requested and Applicants have agreed, subject to this Court's approval, to extend X Corp.'s deadline to respond to the Application by fourteen (14) days, from November 13, 2023, to and including November 27, 2023;

**IT IS HEREBY STIPULATED** by and between the Parties hereto, through their undersigned counsel, and subject to the approval of the Court, that X Corp.'s deadline to respond to the Application shall be extended by fourteen (14) days, from November 13, 2023, to and including November 27, 2023.

**IT IS SO STIPULATED.**

Dated: November 10, 2023        **McDERMOTT WILL & EMERY LLP**

By:   */s/ J. Jonathan Hawk*
     J. JONATHAN HAWK
     Attorneys for Respondent X CORP.

Dated: November 10, 2023        **GREEN & NOBLIN, P.C.**
                                            **STONE LAW GROUP PLLC**

By:   */s/ Ralph M. Stone*
     ROBERT S. GREEN
     RALPH M. STONE
     Attorneys for Applicants HATEAID GGMBH,
     JOSEPHINE BALLON AND AVITAL
     GRINBERG

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I Jonathan Hawk, am the ECF User whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that all signatories have concurred in this filing.

Date: November 10, 2023       */s/ Jonathan Hawk*
    Los Angeles, California      Jonathan Hawk

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 13, 2023

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE