J. Jonathan Hawk (SBN 254350)
jhawk@mwe.com
Erica B. Lang (SBN 340330)
elang@mwe.com
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:     1 310 277 4110
Facsimile:     1 310 277 4730

Attorneys for Respondent X CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re *ex parte* Application of HateAid gGmbH, Josephine Ballon and Avital Grinberg,<br><br>Petitioners,<br><br>To Take Discovery Pursuant to 28 U.S.C. § 1782 in Aid of Foreign Litigants or Proceedings. | CASE NO. 4:23-mc-80235-HSG<br><br>**ORDER** |

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

Having read and considered Respondent's Motion for Leave to File a Response to the Supplemental Brief,

IT IS HERBY ORDERED that Respondent may file the Response to the Supplemental Brief and the Supplemental Lagen Declaration.

DATED:  7/30/2024

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

ORDER
CASE NO. 4:23-MC-80235-HSG